## KING v. STATE. (No. 11537.)

Court of Criminal Appeals of Texas. Feb. 8, 1928.

Criminal law ⊙═1090(1)—Record without statement of facts or bills of exception presents nothing for review.

Nothing is presented for review on appeal in Court of Criminal Appeals by record without statement of facts or bills of exceptions.

Appeal from District Court, Hale County; Charles Clements, Judge.

J. L. King was convicted of theft of property over value of $50, and he appeals. Affirmed.

B. H. Oxford and M. J. Baird, both of Plainview, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. Conviction is for theft of property over the value of $50; punishment being two years in the penitentiary.

The record being before this court without statement of facts or bills of exception, nothing is presented for review.

The judgment is affirmed.